IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-14-00927-PHX-DJH |
| Plaintiff, | **DETENTION ORDER** |
| vs. | |
| Angel Aizu-Lemus, | |
| Defendant. | |

Defendant is charged by way of Indictment, with one count of Conspiracy to Commit False Statement During Purchase of a Firearm, one count of False Statements Made in Connection to the Purchase of a Firearm and Aid and Abet, alleged to have occurred from in or around 2013 and continuing to February, 2014. (Doc. 3). Defendant was arrested on a warrant on June 28, 2014, in the Southern District of California, was detained and ultimately appeared for his initial appearance in this District on July 16, 2014. (Doc. 13.) At his initial appearance Defendant was ordered temporarily detained and a detention hearing was scheduled for July 18, 2014. (Id.)

A Pretrial Services Report was prepared by U.S. Pretrial Services in the Southern District of California(pretrial report), and in that report, the pretrial officer recommended that Defendant be detained as both a flight risk and a danger. (Doc. 16.) A subsequent pretrial report was prepared by U.S. Pretrial Services in Arizona, and in that report, the pretrial officer recommended that Defendant be released on conditions. (Doc. 17.) The detention

hearing commenced on July 18, 2014, at the conclusion of which this Court found that the Government had established that Defendant was a serious flight risk, but that halfway house placement would constitute a condition of pretrial release that would reasonably assure Defendant's appearance as required.  The Court ordered Defendant screened for possible halfway house placement at Crossroads for the Right Track Program, or for Recovery Homes, Inc. (Doc. 18.)  The Court further ordered that Pretrial Services notify the Court once the assessment was completed. (Id.)

On July 24, 2014, Pretrial Services Officer Rivera reported that Defendant was not accepted by Crossroads into the program as Defendant is not in need of substance abuse treatment.  Officer Rivera further reported that, the lack of a need for substance abuse treatment would also disqualify Defendant for Recovery Homes placement, Defendant was not screened by Recovery Homes.  Because this Court determined, on the basis of the information contained in the pretrial reports, and the evidence presented during the detention hearing, that halfway house placement was the only condition that would reasonably assure Defendant's appearance as required, and Defendant has not been accepted into halfway house placement, the Court will order the Defendant detained pending trial as a flight risk.

**IT IS THEREFORE ORDERED** that defendant be detained pending trial.

DATED this 30th day of July, 2014.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge